IN THE SUPREME COURT OF TEXAS

 No. 04-0061

 IN RE H&R BLOCK FINANCIAL ADVISORS, INC. AND ROBERT BULLOCK

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's renewed motion for temporary relief, filed October 4,
2005, is granted. All trial court proceedings in Cause No. C-2020-02D,
styled Robert Bonds and Gilda Bonds v. H&R Block Financial Advisors, Inc.
and Robert Bullock, in the 206th District Court of Hidalgo County, Texas,
are stayed pending further order of this Court.

 Done at the City of Austin, this October 14, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk